















JOEH    9/8/05    10:02

3:02-CV-00084    SEC V. FRANKLIN

*381*

*NTCCHGADDR.*

1  Darren J. Quinn (149679)
   LAW OFFICES OF DARREN J. QUINN
2  12702 Via Cortina, Suite 105
   Del Mar, CA 92014
3  (858) 509-9401

4  Attorneys for Defendant JAMES E. FRANKLIN

FILED

05 SEP -2 PM 4:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

5

6              UNITED STATES DISTRICT COURT

7         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  SECURITIES AND EXCHANGE          )   02 cV 84
   COMMISSION,                      )   CASE NO.   02 CV 94 IEG (RBB)
9                                   )
                    Plaintiff,      )   **NOTICE OF CHANGE OF**
10                                  )   **ADDRESS**
                    vs.             )
11                                  )
   JAMES E. FRANKLIN, individually and as  )
12 trustee of Avalon Trust, DIETER RAABE,  )
   SAMUEL WOLANYK, VECTOR KEEL     )
13 LTD., a Turks & Caicos registered company,  )
   INITIAL PUBLIC OFFERING         )
14 CONSULTANTS, INC., a Nevada Corporation,  )
   NET INCOME, a Nevada Corporation, And  )
15 AVALON TRUST,                    )
                                    )
16                  Defendants.     )
                                    )
17

18

19

20

21

22

23

24  NOTICE OF CHANGE OF ADDRESS

381

ORIGINAL

1        Please take notice that the address for service of notices and other documents for

2 defendant's counsel has changed to the following new address:

3          Darren J. Quinn
         LAW OFFICES OF DARREN J. QUINN
         12702 Via Cortina, Suite 105

4          Del Mar, CA 92014
         Telephone: 858/509-9401
         Facsimile: 858/509-9411

5 Please direct all pleadings, notices, discovery and correspondence to the above address.

6 DATED: August 31, 2005

7

8                             LAW OFFICES OF DARREN J. QUINN

9

10

11                             DARREN J. QUINN

12                             12702 Via Cortina, Suite 105
                            Del Mar, CA 92014
                            (858) 509-9401

13                             Attorneys for Defendant JAMES E. FRANKLIN

14

15

16

17

18

19

20

21

22

23

24 NOTICE OF CHANGE OF ADDRESS

-- 1 --

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is: <u>12702 Via Cortina, Suite 105, Del Mar, CA 92014</u>.

I served the foregoing documents described as:

−    **NOTICE OF CHANGE OF ADDRESS**

upon the interested parties in this action by placing

[X] the original enclosed in a sealed envelope to:
[] copies enclosed in sealed envelopes to:

KENNETH J. GUIDO
SECURITIES AND EXCHANGE
COMMISSION
450 5th Street N.W.
Washington, DC 20549
Tel: (202) 942-7933
Fax: (202) 942-9581

Gregory M. Garrison
GARRISON & McINNIS, L.L.P.
2650 Camino del Rio North, Suite 108
San Diego, CA 92108
Tel: 619-299-4877
Fax: 619-299-4787

[X]    **VIA REGULAR MAIL** by depositing such envelope with United States Postal Service facility in San Diego, California.

[]    **VIA FACSIMILE**

I certify under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: August 31, 2005 at Del Mar, California.

Darren J. Quinn

i