USDC SCAN INDEX SHEET

















```
CAG    10/26/05    13:32
3:02-CV-00084   SEC V. FRANKLIN
*405*
*M.*
```

```
 1  CAROL C. LAM
    United States Attorney
 2  STEVEN E. STONE
    Assistant U.S. Attorney
 3  California State Bar No. 186533
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7039

 6  Attorneys for Plaintiff
    United States of America
 7
```

**FILED**
OCT 25 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) | Civil No. 3:02cv84-DMS (RBB) |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | MOTION FOR ORDER COMPELLING TESTIMONY |
| JAMES E. FRANKLIN, et al., | ) ) | |
| Defendants. | ) ) | |

The United States Attorney for the Southern District of California hereby moves this Court to issue an order pursuant to the provisions of 18 U.S.C. § 6001, et seq., compelling **Dieter Raabe** to give testimony or provide other information which this witness is likely to refuse to give or provide on the basis of this witness' privilege against self-incrimination, as to all matters about which this witness may be interrogated in the trial U.S. Securities and Exchange Commission v. James E. Franklin, et al., Civil No. 3:02cv84 DMS (RBB), and respectfully alleges as follows:

1. That said witness has been called to testify or provide other information before said trial;

2. In the judgment of the undersigned, the testimony or other information from said witness may be necessary to the public interest;

3. In the judgment of the undersigned, said witness is likely to refuse to testify or provide other information on the basis of this witness' privilege against self-incrimination; and

///

405

4. This application is made with the approval of **Mary Lee Warren**, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in such person by 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.

A copy of the letter expressing such approval is attached hereto.

DATED:   October _19_, 2005.

                          _____
                          CAROL C. LAM
                          United States Attorney



U.S. Department of Justice

Criminal Division

---

Office of the Assistant Attorney General                      Washington, DC 20530-0001

OCT 1 1 2005

The Honorable Carol C. Lam
United States Attorney
Southern District of California
San Diego, California 92101

Attention:   Kenneth Guido
             Assistant Chief Litigation Counsel
             Securities and Exchange Commission

Re:   SEC v. Franklin, et al., Case No 02-CV-84 DMS (RRB)(S.D.C.A.)

Dear Ms. Lam:

Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Southern District of California for an order pursuant to 18 U.S.C. 6002-6003 requiring Dieter Raabe to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

Mary Lee Warren
Deputy Assistant Attorney General
Criminal Division