James E Franklin
PO Box 722334
San Diego, CA 92172-2334

**Returned Mail
No forwarding address
Excess pages discarded
Date** 8/29/08

02CV0084 - DMS-RBB

# Orders on Motions

3:02-cv-00084-DMS-RBB SEC v. Franklin, et al **CASE CLOSED on 12/15/2005**

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 8/26/2008 at 1:37 PM PDT and filed on 8/26/2008
**Case Name:**      SEC v. Franklin, et al
**Case Number:**  3:02-cv-84
**Filer:**
**WARNING: CASE CLOSED on 12/15/2005**
**Document Number:**  468

**Docket Text:**
**ORDER granting [467] Ex Parte Motion to Disburse Funds to pay tax Obligations and Fees and Expenses of Tax Administrator. Signed by Judge Dana M. Sabraw on 8/26/08. (All non-registered users served via U.S. Mail Service).(lao)**


**3:02-cv-84 Notice has been electronically mailed to:**

Kenneth J Guido, Jr   guidok@sec.gov, twymang@sec.gov

Darren James Quinn   dq@dqlaw.com, dquinn@quinnattorney.com

Gregory M Garrison   ggarrison@gm-lawyers.com, mmusgrove@gm-lawyers.com, ucarbajal@gm-lawyers.com

**3:02-cv-84 Notice has been delivered by other means to:**

James E Franklin
PO Box 722334
San Diego, CA 92172-2334

Alan M Lieberman
US Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-0207

Stephan Jan Meyers
Meyers Law Offices

204 North El Camino Real
Suite 131
Encinitas, CA 92024

Thomas A Zaccaro
US Securities and Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036-3648

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=8/26/2008] [FileNumber=2796699-0
] [2e0644e61812733060196c8cb584066fca52f885d765db1feb1fb5104d4282d9707
97d4a315691a35556e8d33b57b0ec0c940be8dbf119122531944462295504]]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. FRANKLIN, et al.<br><br>Defendants. | Case No. 3:02-cv-84 DMS (RBB)<br><br>ORDER GRANTING **EX PARTE** MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS AND FEES AND EXPENSES OF TAX ADMINISTRATOR<br><br>Hearing:<br>Date: No Date Requested<br>Courtroom: 10<br>Honorable Dana M. Sabraw |

The Securities and Exchange Commission' ("Commission") has filed an **Ex Parte** Motion to Disburse Funds to Pay 2007 and 2008 Tax Obligations and Fees and Expenses of Tax Administrator for 2007 and 2008. The Court has reviewed the Commission's Motion, Memorandum In Support Thereof, and the supporting Declaration of the Tax Administrator.

In consideration of the foregoing, and being fully advised, the Court finds that good cause exists for granting the Commission's motion, and that its motion should be **GRANTED.**

SEC v. Franklin, et al DMS (RBB)

I.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Commission's motion is **GRANTED.**

II.

**IT IS FURTHER HEREBY ORDERED THAT** the Clerk of the Court shall issue a check on the interest bearing account for the Distribution Fund utilized by the Court under the case name designation "*SEC v. Franklin*, 02-cv-84 (DMS (RBB)," in the amount of $7,245.03 payable to Damasco & Associates, for the payment of the 2007 and 2008 Tax Obligations and fees and expenses of the Tax Administrator for 2007 and 2008 as provided in the Declaration. The check shall contain the notation: "*SEC v. Franklin*, 02-cv-84 DMS (RBB), Tax Identification Number 26-1439578 (Payment of 2007 and 2008 Tax Obligation and Tax Administrator's Fees and Expenses for tax years 2007 and 2008)."

III.

**IT IS FURTHER HEREBY ORDERED THAT** the Clerk of the Court shall send the check by first class mail postage prepaid addressed to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 650-712-3870
>
> Attention: Elizabeth Nauslar, Comptroller

## IV.

**IT IS FURTHER HEREBY ORDERED THAT** the Tax Administrator shall pay any funds left over after paying the Tax Obligations and Tax Administrator's Fees and Expenses to the United States Treasury.

**SO ORDERED.**

Dated: August 26, 2008

_____
UNITED STATES DISTRICT JUDGE

3   SEC v. Franklin, et al,
    02 CV 84 (DMS (RBB)

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS


DMS

RETURN SERVICE REQUESTED

FIRST CLASS AUTO

RECEIVED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE            921         7Z        1       00  08/27/08
                 RETURN TO SENDER
                 BOX CLOSED
                 UNABLE TO FORWARD
                 RETURN TO SENDER