UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>                              Defendant. | Case No.:  02cv0084 DMS (RBB)<br><br>**ORDER SETTING HEARING DATE ON MOTION FOR RELIEF FROM JUDGMENT AND MOTION TO VACATE PENNY STOCK BAR** |

On April 14, 2025, Defendant James Franklin filed a motion for relief from judgment.  Two days later, Defendant filed a motion to vacate penny stock bar.  Defendant did not obtain a hearing date from Chambers before filing either of these motions.  Nevertheless, in the interest of judicial efficiency, the Court sets these motions for hearing on **June 6, 2025**, at **1:30 p.m.**  Plaintiff's counsel and Defendant shall file their briefs in accordance with the Civil Local Rules.

**IT IS SO ORDERED**.

Dated:  April 21, 2025

Hon. Dana M. Sabraw
United States District Judge

1

24cv1938 DMS (MSB)