Name: James E. Franklin

Address: 1212 H St., Ste 125
Ramona, CA 92065

Phone Number: 720-771-0140

Email Address: jayvonfrank@gmail.com

*Pro Se*

FILED
Apr 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ BreanneChandler  DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

James E. Franklin

PLAINTIFF(S)

v.

Securities & Exchange Commission

DEFENDANT(S)

CASE NUMBER

02-cv84 IEG (RBB)

**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**

As the ☒ Plaintiff ☐ Defendant proceeding pro se in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm:

1. I have reviewed and agree to follow all rules and policies included in the Court's Electronic Case Filing Administrative Policies and Procedures Manual available at https://www.casd.uscourts.gov/attorney/filing-procedures.aspx.

2. I understand that once I register for e-filing, I will receive notices and documents in Southern District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges for this case may be revoked and I will be required to file documents in paper with the Clerk's Office.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully, such as (*check all that apply*):

    ☒ A computer running on Windows 7 or higher, MacOS X or higher, or Linux;

    ☒ Software to convert documents from a word processor format to PDF, such as Adobe Acrobat;

    ☒ Document scanner to convert paper documents to PDF files;

    ☒ Internet access capable of downloading and uploading file sizes up to 35 MB;

    ☒ A compatible browser, such as Firefox 15 or higher, Microsoft Edge, or Safari 5.1 or higher; and

    ☒ An email account to receive notifications from the Court.

6. I understand that, if granted leave to electronically file, I must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days. To establish a PACER account, click "Register for an Account" at http://pacer.uscourts.gov.

Date: 04/02/2025

Signature: *James Franklin*

J. Franklin
1212 H. Street #125
Ramona CA 92065

RECEIVED
APR 1 4 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Apr 07 2025
Mailed from ZIP 34202
2 LB PRIORITY MAIL RATE
ZONE 8
10844431
Commercial
063S0011485637

**USPS PRIORITY MAIL ®**

JAMES FRANKLIN          C037   0003
1212 H ST
#125
Ramona CA 92065

SHIP TO: US COURT HOUSE
333 W BROADWAY
STE 420
SAN DIEGO CA 92101-3806

USPS TRACKING #

9405 5118 9956 0165 6032 76

US Court House
333 W. Brodway
Suite 420
San Diego, CA
92101

