

Thomas Anthony Zaccaro
SEC
5670 Wilshire Boulevard
Los Angeles, CA 90036-3648

Case 3:02-cv-00084-DMS-RBB   Document 490   Filed 05/21/25   PageID.14046   Page 1 of 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, et al.,<br><br>         Defendants. | Case No.: 02-cv-84-DMS-RBB<br><br>**ORDER GRANTING MOTION FOR A CONTINUANCE OF HEARING AND RELATED DATES** |

   Pending before the Court is Plaintiff's motion for a continuance of the June 6, 2025 hearing and related dates. (ECF No. 489). Defendant James Franklin has indicated his opposition to the continuance. Good cause shown, the Court **GRANTS** the motion. The June 6, 2025 hearing on Defendant Franklin's motion for relief from judgment and motion to vacate penny stock bar shall be **RESET** to **June 18, 2025** at **1:30 PM** in **Courtroom 13A**. The parties shall file their briefs in accordance with the Civil Local Rules pursuant to this new hearing date.

**IT IS SO ORDERED.**

Dated: May 21, 2025

Hon. Dana M. Sabraw
United States District Judge