IN THE UNITED STATES DISTRICT COURT

For the Southern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN,<br>  Defendant. | Case No. 02cv84 DMS (RBB) |

**NOTICE OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM FINAL JUDGMENT AND PENNY STOCK BAR PURSUANT TO RULE 60(b)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. This Reply addresses the Securities and Exchange Commission's opposition and demonstrates that the new evidence, changes in controlling law, and extraordinary equitable circumstances justify relief under Federal Rule of Civil Procedure 60(b)(2), (3), and (6). The hearing is scheduled before the Honorable Chief Judge Dana M. Sabraw on **June 18, 2025, at 1:30 PM** in Courtroom 1A of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California.

2. This motion is based on the attached Memorandum of Points and Authorities, Declaration of James E. Franklin, all exhibits, and records on file in this case, and any oral argument the Court may permit.

Dated: June 10, 2025

Respectfully submitted,

*James E. Franklin*
James E. Franklin
Petitioner, Pro Se
1212 H Street, #125
Ramona, CA 92065
(720) 771-0140



FedEx
FedEx Monitoring Device
NOT FOR SALE
HS Code: 8517.69.90
ORIGIN ID:BOWA (720) 509-9495
J. FRANKLIN
ABRT
1212 H STREET
RAMONA, CA 92065
UNITED STATES US
SHIP DATE: 10JUN25
ACTWGT: 0.50 LB
CAD: 6993833/SSFE2600
BILL RECIPIENT
TO CLERK OF COURT
SAN DIEGO DISTRICT COURT
333 W BROADWAY
420
SAN DIEGO CA 92101
(619) 557-5600
REF:
DEPT:
FedEx Express
E
WED - 11 JUN 8:00A
FIRST OVERNIGHT
TRK# 0200 8132
X1 SDMA
DSR
92101
CA-US SAN
RECEIVED
CLERK U.S. DISTRICT CO
RECEIVED
U.S. MARSHALS SERVICE
FO
FedEx First Overnight
FO
FedEx First Overnight
FO

