IN THE UNITED STATES DISTRICT COURT

For the Southern District of California

SECURITIES AND EXCHANGE )
COMMISSION )
Plaintiff, )
)
v. ) Case No. 02cv84 DMS (RBB)
)
JAMES E. FRANKLIN, )
   Defendant. )

| Exhibit No. | Description |
|---|---|
| Ex. 425 | Phoenix/ISE documents |
| DEx. 342,190-2 | Beroff's AXPL restructuring |
| Ex. 140 | AXPL Form M-11 |
| Ex. 304 | Crest Loans to AXPL |
| Ex. 371 | IPO Consultants Proceeds |
| Ex. 372 | SEC's Proceeds Calculations |
| Ex. 378 | Summary of Reinvestments |
| Ex. 203 | Casmyn Trading Loss |
| Ex. 385 | Wolanyk Redhotstock's Publish Dates |
| Ex. 572 | Wire Confirms MSP & John Jackson |
| Ex. 580 | Medical Documentation of Visual Impairment and Surgery |

**Exhibit 425 — Phoenix BLP / Internet Stock Exchange (ISE) Financial Summary Documents**

This exhibit contains financial records showing that Phoenix BLP received a $115,000 loan from Vector Keel (see page 4) and deposited a total of $165,636.84. After deducting the investment loan, the net sales from independent sources totaled **$50,636.84**.

This supports Petitioner's position that Phoenix BLP was a real business venture with verifiable outside financing—not a hidden conduit for personal profit. The Court is respectfully advised that the complete 35-page original of this exhibit should be available in the Court's archived trial record.

2

**Phoenix BLP**

Check Register 10/25/1996 through 11/05/1999

PHOENIX BLP, INC.

Register: Checking
From 10/25/1996 through 03/22/2005
Sorted by: Date, Type, Number/Ref

3/22/2005

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/25/1996 | | | | Initial Deposit | | X | 100.00 | 100.00 |
| 10/25/1996 | | | Sales | Studio S | | X | 15,984.00 | 16,084.00 |
| 10/29/1996 | 2 | PHAIREE MOHTUA | Sales | *5740 less $350 | 2,800.00 | X | | 13,284.00 |
| 10/29/1996 | 3 | SEREE SUWANPINAN | Payroll Expenses:Gross Wages:... | 2824 | 1,425.00 | X | | 11,859.00 |
| 10/29/1996 | 9 | TINA CHERDSURIYA | Payroll Expenses:Gross Wages:... | 50274 | 1,033.00 | X | | 10,826.00 |
| 11/05/1996 | | | Payroll Expenses:Gross Wages:... | Checks | 11.00 | X | | 10,815.00 |
| 11/06/1996 | | | Bank Service Charges | Debit Memo ??? | 16.42 | X | | 10,798.58 |
| 11/06/1996 | | | Bank Service Charges | | | X | 8,870.00 | 19,668.58 |
| 11/09/1996 | | | Sales | Studio S | | X | | 19,668.58 |
| 11/09/1996 | 7 | SOMSONG TANASOOK | Payroll Expenses:Gross Wages:... | *2825 partial | 240.00 | X | | 19,428.58 |
| 11/11/1996 | | | Payroll Expenses:Gross Wages:... | 2829 partial | 530.00 | X | | 18,898.58 |
| 11/11/1996 | 1002 | SUNTHON SATHI PHANU... | Sales | Studio S | | X | 3,000.00 | 21,898.58 |
| 11/18/1996 | | | Bank Service Charges | | 21.03 | X | | 21,877.55 |
| 11/18/1996 | 1007 | PRINDA NOGERAT | Payroll Expenses:Gross Wages:... | 10558 | 477.00 | X | | 21,400.55 |
| 11/18/1996 | 1011 | SUNTHON SATHI PHANU... | Payroll Expenses:Gross Wages:... | 2829 bal | 85.00 | X | | 21,315.55 |
| 11/18/1996 | 1014 | SOMSONG TANASOOK | Payroll Expenses:Gross Wages:... | *2825 bal | 129.00 | X | | 21,186.55 |
| 11/20/1996 | | | Sales | Studio S | | X | 10,000.00 | 31,186.55 |
| 11/20/1996 | 1019 | COSME FLORES | Payroll Expenses:Cutting, Sam... | | 174.00 | X | | 31,012.55 |
| 11/22/1996 | | | Sales | Cchk | | X | 5,172.00 | 36,184.55 |
| 11/25/1996 | 1026 | MUKDA SIRIEKAPHIONG | Payroll Expenses:Patterns | | 305.98 | X | | 35,878.57 |
| 11/25/1996 | 1027 | MASAKO CANONGE | Payroll Expenses:Patterns | | 115.25 | X | | 35,763.32 |
| 11/29/1996 | | | Bank Service Charges | Per Check Charges (... | 4.25 | X | | 35,759.07 |
| 12/06/1996 | | | Sales | | | X | 5,425.00 | 41,184.07 |
| 12/06/1996 | 1028 | KIYO KAWAI | Payroll Expenses:Gross Wages:... | *24494 | 450.00 | X | | 40,734.07 |
| 12/06/1996 | 1030 | COSME FLORES | Payroll Expenses:Cutting, Sam... | | 174.00 | X | | 40,560.07 |
| 12/18/1996 | | | Bank Service Charges | | 21.22 | X | | 40,538.85 |
| 12/19/1996 | | | Sales | 26298 | | X | 9,850.00 | 50,388.85 |
| 12/20/1996 | 1038 | COSME FLORES | Payroll Expenses:Cutting, Sam... | | 164.00 | X | | 50,224.85 |
| 12/20/1996 | 1040 | DIETER RAABE | Professional Fees | | 2,000.00 | X | | 48,224.85 |

Page 1

PHOENIX BLP, INC.

3/22/2005

Register: Checking
From 10/25/1996 through 03/22/2005
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/31/1996 | | | Sales | | | | 5,200.00 | 53,424.85 |
| 12/31/1996 | | | Bank Service Charges | | 1.50 | X | | 53,423.35 |
| 01/03/1997 | 1037 | GEORGE SHIMAZU | Accounts Payable | 1037 | 1,800.00 | X | | 51,623.35 |
| 01/16/1997 | 1036 | BUNDIT RUAMSRI | Accounts Payable | 011697 | 420.00 | X | | 51,203.35 |
| 01/17/1997 | 1041 | TIDALAD LUAMSRI | Payroll Expenses:Gross Wages... | | 420.00 | X | | 50,783.35 |
| 01/17/1997 | 1042 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages... | 7972 | 2,841.00 | X | | 47,942.35 |
| 01/17/1997 | 1043 | GEORGE SHIMAZU | Accounts Payable | 011797 | 1,800.00 | X | | 46,142.35 |
| 01/21/1997 | | | Sales | | | | 8,000.00 | 54,142.35 |
| 01/24/1997 | 1044 | KIYO KAWAI | Accounts Payable | 1044 | 685.00 | X | | 53,457.35 |
| 01/24/1997 | 1045 | ALICE TAI LAI | Payroll Expenses:Gross Wages... | | 492.00 | X | | 52,965.35 |
| 01/24/1997 | 1046 | DIETER RAABE | Professional Fees | | 2,050.00 | X | | 50,915.35 |
| 01/31/1997 | 1047 | PRINDA SUMRITMEEPHOL | Payroll Expenses:Gross Wages... | 2833 | 120.00 | X | | 50,795.35 |
| 01/31/1997 | 1048 | CHAVEVAN KANCHANA | Payroll Expenses:Gross Wages... | or | 82.50 | X | | 50,712.85 |
| 01/31/1997 | 1049 | MASAKO CANONGE | Payroll Expenses:Patterns | | 115.87 | X | | 50,596.98 |
| 01/31/1997 | 1050 | MUKDA SIRIEKAPHONG | Payroll Expenses:Patterns | | 309.04 | X | | 50,287.94 |
| 01/31/1997 | 1051 | GEORGE SHIMAZU | Accounts Payable | 7873,7874/75 | 2,465.00 | X | | 47,822.94 |
| 01/31/1997 | 1052 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages.... | 3747, 350 | 2,550.00 | X | | 45,272.94 |
| 01/31/1997 | 1054 | BUNDIT RUAMSRI | Accounts Payable | 013197 | 501.00 | X | | 44,771.94 |
| 01/31/1997 | 1055 | BUNDIT RUAMSRI | Accounts Payable | 013197 | 501.00 | X | | 44,270.94 |
| 02/04/1997 | | | Sales | | | | 5,000.00 | 49,270.94 |
| 02/05/1997 | | | Sales | | | | 5,500.00 | 54,770.94 |
| 02/05/1997 | 1056 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages... | 7937 less 350 | 2,047.00 | X | | 52,723.94 |
| 02/05/1997 | 1057 | GEORGE SHIMAZU | Accounts Payable | 1057 | 1,800.00 | X | | 50,923.94 |
| 02/14/1997 | 1058 | LAIAD MANAS | Payroll Expenses:Gross Wages... | 29 F2 | 1,220.00 | X | | 49,703.94 |
| 02/14/1997 | 1060 | LAIAD MANAS | Payroll Expenses:Gross Wages... | 2837 | 1,047.00 | X | | 48,656.94 |
| 02/14/1997 | 1061 | NIBOND LERTSAKUMA... | Payroll Expenses:Gross Wages... | 2838 | 807.00 | X | | 47,849.94 |
| 02/14/1997 | 1062 | CHANPEN CHATSAYANON | Payroll Expenses:Gross Wages... | 2839 | 225.00 | X | | 47,624.94 |
| 02/14/1997 | 1063 | SAMSONG SAENGOW | Payroll Expenses:Gross Wages... | 2836 | 1,604.00 | X | | 46,020.94 |

PHOENIX BLP, INC.

Register: Checking
From 10/25/1996 through 03/22/2005
Sorted by: Date, Type, Number/Ref

3/22/2005

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/14/1997 | 1064 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages:... | 2840 | 333.00 | X | | 45,687.94 |
| 02/14/1997 | 1065 | KIYO KAWAI | Accounts Payable | 2841 | 234.00 | X | | 45,453.94 |
| 02/14/1997 | 1066 | BUNDIT RUAMSRI | Accounts Payable | 2835 | 412.00 | X | | 45,041.94 |
| 02/18/1997 | | | Sales | | | X | 6,743.00 | 51,784.94 |
| 02/28/1997 | | | Bank Service Charges | | 1.50 | X | | 51,783.44 |
| 02/28/1997 | 1067 | KEATTISUK MANUS | Payroll Expenses:Gross Wages:... | 157604 | 2,632.20 | X | | 49,151.24 |
| 02/28/1997 | 1068 | BUNDIT RUAMSRI | Accounts Payable | 27230 | 1,365.00 | X | | 47,786.24 |
| 02/28/1997 | 1069 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages:... | 7975,7976 | 7,121.00 | X | | 40,665.24 |
| 02/28/1997 | 1070 | KIYO KAWAI | Accounts Payable | 24495 | 789.50 | X | | 39,875.74 |
| 02/28/1997 | 1071 | GEORGE SHIMAZU | Accounts Payable | 7878,7879 | 2,184.00 | X | | 37,691.74 |
| 02/28/1997 | 1072 | LAIAD MANAS | Payroll Expenses:Gross Wages:... | 2wks to 2/22 | 1,100.00 | X | | 36,591.74 |
| 02/28/1997 | 1073 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages:... | 3748 partial | 2,762.00 | X | | 33,829.74 |
| 03/03/1997 | | | Sales | | | X | 16,280.00 | 50,109.74 |
| 03/07/1997 | | | Loan Payable | VK | | X | 45,000.00 | 95,109.74 |
| 03/07/1997 | 1074 | KIYO KAWAI | Accounts Payable | 24496 | 1,212.50 | X | | 93,897.24 |
| 03/07/1997 | 1075 | BUNDIT RUAMSRI | Accounts Payable | 27232 | 4,060.00 | X | | 89,837.24 |
| 03/07/1997 | 1076 | NAOVARA SAELOR | Payroll Expenses:Gross Wages:... | 7883 | 547.50 | X | | 89,289.74 |
| 03/07/1997 | 1077 | STID CHUERSA-NGA | Payroll Expenses:Gross Wages:... | 7877 | 815.00 | X | | 88,474.74 |
| 03/07/1997 | 1078 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages:... | 3748 balance | 2,700.00 | X | | 85,774.74 |
| 03/07/1997 | 1080 | CREST SERVICES | Professional Fees | Consulting | 5,000.00 | X | | 80,774.74 |
| 03/07/1997 | 1082 | DIETER RAABE | Professional Fees | Consulting | 18,984.00 | X | | 61,790.74 |
| 03/07/1997 | 1083 | DIETER RAABE | Professional Fees | Consulting | 9,789.00 | X | | 52,001.74 |
| 03/10/1997 | 1208 | KIYO KAWAI | Accounts Payable | 22569 | 311.00 | X | | 51,690.74 |
| 03/11/1997 | | | Sales | Studio S | | X | 10,000.00 | 61,690.74 |
| 03/14/1997 | 1084 | MASAKO CANONGE | Payroll Expenses:Patterns | 3 days | 347.61 | X | | 61,343.13 |
| 03/14/1997 | 1085 | MUKDA SIRIEKAPHONG | Payroll Expenses:Patterns | 3 days | 462.69 | X | | 60,880.44 |
| 03/14/1997 | 1086 | CHAVEVAN KANCHANA | Payroll Expenses:Gross Wages:... | 21 hrs | 147.00 | X | | 60,733.44 |
| 03/14/1997 | 1088 | LAIAD MANAS | Payroll Expenses:Gross Wages:... | 2 wks | 1,100.00 | X | | 59,633.44 |

Page 3

PHOENIX BLP, INC.

3/22/2005

Register: Checking
From 10/25/1996 through 03/22/2005
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/14/1997 | 1089 | KIYO KAWAI | Accounts Payable | 24498 | 315.00 | X | | 59,318.44 |
| 03/14/1997 | 1090 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages... | 7999, less 350 | 2,632.50 | X | | 56,685.94 |
| 03/14/1997 | 1091 | KIYO KAWAI | Accounts Payable | 24499 | 960.00 | X | | 55,725.94 |
| 03/14/1997 | 1092 | SUMONTHA INSONG | Payroll Expenses:Gross Wages... | 157606 | 1,089.00 | X | | 54,636.94 |
| 03/14/1997 | 1093 | KEATTISUK MANUS | Payroll Expenses:Gross Wages... | 157605 | 1,164.00 | X | | 53,472.94 |
| 03/14/1997 | 1094 | GEORGE SHIMAZU | Accounts Payable | 7884 | 1,904.15 | X | | 51,568.79 |
| 03/14/1997 | 1095 | BUNDIT RUAMSRI | Accounts Payable | 27237,less 350 | 1,319.50 | X | | 50,249.29 |
| 03/21/1997 | 1096 | KIYO KAWAI | Accounts Payable | 24500 | 528.00 | X | | 49,721.29 |
| 03/21/1997 | 1097 | NAOVARA SAELOR | Payroll Expenses:Gross Wages... | 2841,2843:last,b/to t... | 309.00 | X | | 49,412.29 |
| 03/21/1997 | 1098 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages... | 127451 partial | 2,000.00 | X | | 47,412.29 |
| 03/21/1997 | 1099 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages... | 7978, partial | 2,680.32 | X | | 44,731.97 |
| 03/21/1997 | 1100 | BUNDIT RUAMSRI | Accounts Payable | 27233,partial | 2,158.00 | X | | 42,573.97 |
| 03/21/1997 | 1101 | STID CHUERSA-NGA | Payroll Expenses:Gross Wages... | 6741 | 1,286.00 | X | | 41,287.97 |
| 03/25/1997 | | | Sales | ss | | X | 10,000.00 | 51,287.97 |
| 03/27/1997 | | | Loan Payable | VK | | X | 20,000.00 | 71,287.97 |
| 03/28/1997 | 1102 | PRINDA SUKRITMEEPHOL | Payroll Expenses:Gross Wages... | 2844 | 710.50 | X | | 70,577.47 |
| 03/28/1997 | 1103 | BUNGON VONGPEBRUK | Accounts Payable | 2845 | 586.00 | X | | 69,991.47 |
| 03/28/1997 | 1104 | PHAIREE MOHTUA | Payroll Expenses:Gross Wages... | 127451 balance | 2,500.00 | X | | 67,491.47 |
| 03/28/1997 | 1106 | LAIAD MANAS | Payroll Expenses:Gross Wages... | 2 wks | 1,100.00 | X | | 66,391.47 |
| 03/28/1997 | 1107 | LOR PHOOKDUANG | Payroll Expenses:Gross Wages... | 7978, balance | 2,500.00 | X | | 63,891.47 |
| 03/28/1997 | 1108 | GEORGE SHIMAZU | Accounts Payable | 7885/86 | 2,218.00 | X | | 61,673.47 |
| 03/28/1997 | 1109 | BUNDIT RUAMSRI | Accounts Payable | 27233,balance | 2,000.00 | X | | 59,673.47 |
| 03/31/1997 | | | Bank Service Charges | | 6.00 | X | | 59,667.47 |
| 04/03/1997 | | | Loan Payable | VK | | X | 115,000.00 | 174,667.47 |
| 04/03/1997 | 1111 | KEATTISUK MANUS | Payroll Expenses:Gross Wages... | | 408.00 | X | | 174,259.47 |
| 04/04/1997 | | | Bank Service Charges | OD Fee | 25.00 | X | | 174,234.47 |
| 04/04/1997 | 1112 | MBNA 75 | Other Expenses | DR | 3,048.01 | X | | 171,186.46 |
| 04/04/1997 | 1113 | DIETER RAABE | CONSULTING | Consulting | 61,500.00 | X | | 109,686.46 |

**DISCOVERY EXHIBITS 342; 190-192**

**Discovery Exhibit 342**: Excerpts of Arthur Beroff's investigative testimony referencing AXPL share structuring and investor involvement. Petitioner references this testimony based on SEC's own pretrial exhibit list; the underlying transcript is not in Petitioner's possession and has not been made available.

**Discovery Exhibits**: **190–192** SEC investigative records and correspondence related to AXPL's early capitalizations and Beroff's parents investor coordination. Not in Petitioner's possession.

**Exhibit 304 – AXPL Form 12g Filing: Private Placement & Financing Disclosure**

This official SEC filing by **Amalgamated Explorations Inc. (AXPL)** documents the lawful and independently structured financial foundation of the company. Key disclosures support Petitioner's position that AXPL was a legitimate, capitalized venture—not a fraudulent promotion:

- **Private Placement Disclosure (Page 3)**: In **February 1997**, AXPL completed a **$1,006,630 private placement** by issuing **402,652 unregistered and restricted shares** to **37 investors** at **$2.50/share**, pursuant to **Rule 504 of Regulation D** and **Section 4(2)** of the Securities Act. This demonstrates independent investor confidence and valid funding separate from promotional activity.
- **Crest Loan Disclosure (Page 70)**: AXPL discloses a **$200,000 loan from Crest Ventures**, an investment entity affiliated with the Petitioner. This substantiates that Petitioner's role was financial, not fraudulent, and was part of a structured syndicate model with documented, arm's-length investments.
- **Preexisting Filing Status**: The M-11 filing with the State of New York predated any RedHotStocks activity and was independently handled by outside consultant Arthur Beroff. This undermines the SEC's theory of coordinated promotional fraud.

**Note**: This is an official SEC filing and should be part of the Court's original record or accessible from the Court's archival docket in this matter.

4



# UNITED STATES OF AMERICA
### SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

**I HEREBY ATTEST**

*that:*

*Attached is a copy of, registration statement on Form 10SB12G,*

*received in this Commission November 5, 1999, under the name*

*Amalgamated Explorations, Inc., File No. 0-27979, pursuant to the*

*provisions of the Securities Exchange Act of 1934.*

on file in this Commission

*March 3, 2004*
**(Date)**

Larry Mills
Records Officer

It is hereby certified that the Associate Executive Director, Office of Filings
and Information Services, U.S. Securities and Exchange Commission,
Washington, D.C., which Commission was created by the Securities
Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the
records and files of said Commission, and all records and files created or
established by the Federal Trade Commission pursuant to the provisions
of the Securities Act of 1933 and transferred to this Commission in
accordance with Section 210 of the Securities Exchange Act of 1934, and
was such official custodian at the time of executing the above attestation,
and that he/she, and persons holding the positions of Deputy Director,
Associate Directors, Special Assistant to the Director, Records Officer,
Branch Chief of Records Management, and the Program Analyst for the
Records Officer, or any one of them, are authorized to execute the above
attestation.

For the Commission

Jonathan G. Katz
Secretary

SEC 334 (6-03)

**PLAINTIFF'S EXHIBIT**

tabbies

304
02-CV-84

**EXHIBIT**

672

Under Section 12(b) or (g) of the Securities Exchange Act of 1934

FORM 10SB12G OF AMALGAMATED EXPLORATIONS, INC.

(Name of small business issuer in its charter)

Colorado                        Fed ID #86-0551529
(State or other jurisdiction        (IRS Employer )
of incorporation or organization    Identification

1645 Court Place, Suite 201, Denver, CO        80202
(Address of principal executive offices)    Zip Code

Issuer's telephone number: (303) 629-5115

Securities registered pursuant to Section 12(b) of the Act:    NONE

Securities registered pursuant to Section 12(g) of the Act:
Common Stock
(Title of Class)


PART I

Item 1 - Description of Business

General

Amalgamated Explorations, Inc. (the "Company") was incorporated in Colorado
in May 1986.  The Company is engaged in the oil and gas business in the
continental United States.  As of June 30, 1999 the Company employed 2
persons on a full-time basis and 5 persons on a part-time basis.  Between the
date of its incorporation and April 1989 the Company was  inactive.  Between
April 1989 and December 1994 the Company was involved in  the design,
manufacture and sale of women's sportswear.

In January 1996, the Company's Board of Directors approved a ten-for-one
reverse split of the Company's common stock.

In February 1996 the Company acquired all of the issued and outstanding
shares of Gold Basin Exploration, Inc. ("Gold Basin") in consideration for
2,347,109 shares of the Company's common stock. (See EXHIBIT INDEX PART III)

At the time of this acquisition Gold Basin held what are now the Company's
interests in the Boone Dome and Cave Gulch prospects.  In connection with
the acquisition of Gold Basin, Ted Murer and George Kirn, both of whom are
officers and directors of the Company, were the principal shareholders of
Gold Basis and received 1,332,409 and 621,600 shares, respectively, of the
Company's common stock in exchange for their shares in Gold Basin.

In May 1996 the Company issued 50,000 "unregistered" and "restricted" shares
of its common stock to  Chris Van Duyne a consultant in return for legal
services rendered.

In August 1996 the Company issued 500,000 shares of its common stock pursuant
to an exemption provided by Regulation 504 of Regulation D and Regulation M-
11 of the State of New York to 2 individuals in consideration of $50,000.

In June 1996 the Company issued 13,530 "unregistered" and "restricted" shares
of its common stock to 10 individuals in return for services rendered.

In November 1996, the Company issued 300,000 shares of its common stock in
exchange for all of the issued and outstanding shares of MSP Technologies,
Inc. ("MSP"),  a corporation which had developed a low frequency instrument
(known as the Electrotelluric Survey") which quickly and effectively detects
oil and gas deposits to depths up to 17,000 feet.  This acquisition resulted

in MSP becoming a wholly owned subsidiary of the Company.

In February 1997 the Company issued 402,652 "unregistered" and "restricted" shares of its common stock to 37 investors pursuant to an exemtion provided by Rule 504 of Regulation D and Section 4(2) of the Securities Act at a price of $2.50 per share for a total cash consideration to the company of $1,000,000.

In May of 1997 the Company issued 6,000 shares of "unregistered" and "restricted" shares of its common stock to three investors pursuant to an exemption provided by Regulation 504 and Section 4(2) of the Securities Act at a price of $2.50 per share for a total cash consideration of $15,000.

In December 1997 pursuant to an exemtion provided by Rule 504 of Regulation D and Section 4(2) of the Securities Act the Company issued 180,000 shares of "unregistered" and "restricted" shares of its common stock to IPO Consultants, pursuant to an option granted in connection with the Companys acquisition of Gold Basin Explorations Inc., at a price of $.10 per share for a total cash consideration of $1,800.

Oil & Gas Exploration

The Company evaluates undeveloped oil and gas prospects and participates in drilling activities on those prospects which in the opinion of management are favorable for the production of oil or gas Drilling activities may be financed through farmouts to other parties or by entering into joint ventures or other arrangements under which the Company acquires oil and gas acreage, performs basic geologic work on the prospect, and obtains the necessary equipment to complete a well if it is successful. In some cases, substantial interests (typically 1/8, 1/4, 1/2, etc.) may be sold to industry participants on a basis which will be sufficient to cover all or a part of the drilling costs attributable to the interest retained by the Company in a prospect.  Under these arrangements, the Company will normally be expected to pay its share of any well completion costs.  There is no assurance that any such arrangements will result in the discovery of oil or gas or the generation of income to the Company.

The Company also acquires interests in oil and gas leases for the purposes of either selling the leases subject to an overriding royalty or other form of retained interest, or entering into farmout, joint venture, or other arrangements, primarily with industry participants, for exploration of the leases.

Cave Gulch

The Company owns varying working interests in a 640-acre lease in the Cave Gulch field in Natrona County, Wyoming.  The Company has a one point sixty four percent (1.64%) working interest and a one point thirty three percent (1.33%) net revenue interest in a gas well which produced from February 1998 until August 1998.  In August 1998, the gas well blew out due to excessive pressure and has been shut down since that time.  The Company and the other working interest owners in the well are re-entering the well in an effort to resume production.  It is expected that the re-entering process will be completed by October 1999.

The Company and the other owners of the Cave Gulch lease may drill up to three additional wells on the leased acres.  Each well is expected to cost approximately $10,000,000 to drill and complete.  The Company's working interests in these additional wells, should they be drilled, will vary from one point one percent (1.1%) to three point forty four (3.44%).  The Company's net revenue interest in these wells, should commercial production be established, will vary from one point zero percent (1.0%) to three point two percent (3.2%).

The Company also has a zero point forty four percent (0.44%) working interest and a zero point thirty five percent (0.35%) net revenue interest in a second gas well drilled in the Cave Gulch field, which was completed in 1998.  As of September 1999 this well was producing 8,000,000 cubic feet of gas per day.

LOAN AGREEMENT

This Agreement is made this 15th day of February, 1999 by and between John H. Resing, Lender's Agent representing Crest Services Ltd. and John H. Resing, Trustee FBO John H. Resing Retirement Trust (the "Lender") and Amalgamated Explorations, Inc. (the "Company") for the purpose of setting forth the terms and conditions upon which the Lender will advance funds to the Company.

NOW THEREFORE, THE PARTIES HERETO AGREE AS FOLLOWS:

1. The Lender agrees to advance up to $450,000 to the Company in accordance with the form of Promissory Note attached as Exhibit A.

2. Any advances against the Note will be secured by all assets of the Company pursuant to the form of Security Agreement attached as Exhibit B. A UCC financing statement pertaining to the Company's personal property will be filed in Colorado, Wyoming, Nevada and Montana. Mortgages and/or deeds of trust pertaining to the Company's oil, gas and mining properties will be filed in such states with the applicable county clerks and recorders.

3. The Company agrees to issue to the Lender a warrant, in the form attached as Exhibit C, to purchase one share of the Company's common stock for each two dollars of principal advanced. The warrant will have an initial exercise price of $0.50 per share and will be exercisable at any time prior to December 31, 2000.

4. The Company agrees to appoint John H. Resing as Chairman of the Board of Directors of the Company and MSP Technologies. The compensation of $8,000 per month payable to Milestone Capital as contemplated in the term sheet for the $4.5 equity financing between the Company and Milestone Capital will be deferred pending the closing of the equity capital financing. Expenses accumulated to date by Resing and Seed & Berry (approximately $30,000) will be paid from the first advance against the Note.

5, The Company and MSP waive the conflicts inherent in Resing's role and transactions in the future contemplated by the term sheet and the corporate opportunity doctrine applied to any of Resing's business opportunities, disclosed or undisclosed, that may have arisen prior to February 16, 1999 and his duty to represent the lenders in this transaction.

The addresses of the parties are:

John H. Resing
P.O. Box 1317
Bellevue, WA 98009
V: (425) 454 7992
F: (425) 454 4073

Crest Services, Ltd.
c/o Jim Franklin
5256 Greenwich Dr. Suite 250
San Diego CA 92122
V: (619) 552 0295
F: (619) 552 0173


AGREED TO AND ACCEPTED

JOHN H. RESING, LENDER'S AGENT
REPRESENTING CREST SERVICE, LTD.

By: /S/
---------------------------------
JOHN H. RESING


JOHN H. RESING, FBO JOHN H. RESING
RETIREMENT TRUST

**Exhibit 371 – IPO Consultants' AXPL Trading Summary (Equitrade Securities)**

**Summary:**
This exhibit presents transactional records from Equitrade Securities reflecting the trading activity of IPO Consultants in Amalgamated Explorations (AXPL) during 1997.

**Key Data:**

- **Gross Sales Proceeds:**              $1,042,097.74
- **AXPL Stock Purchases (June 1997):**   $532,500.00
- **Net Proceeds After Purchases:**       $509,597.74

**Significance:**
The inclusion of substantial purchase activity rebuts the SEC's implication that IPO Consultants merely acted as a vehicle for stock dumping. Instead, the evidence reflects investment commitment, market participation, and a bona fide syndicate strategy—consistent with private investment banking activity, not pump-and-dump fraud.

This exhibit supports Petitioner's claim that the AXPL shares were acquired and disposed of in the ordinary course of speculative venture investment—not in coordination with promotional misconduct.

**Note:**
Only the cover and relevant transactional pages are included herein for reference. The **full underlying exhibit is available in the Court's archived trial materials.**

5

**SUMMARY EXHIBIT 371**

**IPO, AVALON TRUST, AND VECTOR KEEL'S PROFITS ON SALES OF AXPL**

**JANUARY 20, 1997 THROUGH MAY 30, 1997**

| Account | Broker Dealer | Exhibit Page | Number of Shares Sold | Realized Profits (Loss) |
|---|---|---|---|---|
| IPO | J ALEXANDER SECS | 2 | 15,270 | 96,850 |
| IPO | EQUITRADE SECURITIES | 3 | 8,000 | 40,029 |
| IPO | COWENS/SFI INVESTMENTS | 4-5 | 98,000 | 883,625 |
| AVALON TRUST | UNION SECURITIES | 6 | 17,600 | 219,496 |
| **TOTALS IPO & AVALON TRUST** | | | **138,870** | **1,240,000** |
| VECTOR KEEL | UNION SECURITIES | 7 | 100,000 | 1,241,539 |
| MATCHED IPO BUYS (SEE EXHIBIT 373) | | | -47,500 | -595,609 |
| **ADJUSTED VECTOR KEEL SALES TOTALS** | | | **52,500** | **645,930** |
| **TOTALS IPO, AVALON TRUST & VECTOR KEEL** | | | **191,370** | **1,885,930** |

1

**Exhibit 372 — Vector Keel Stock Sales Summary**

2

3

This exhibit provides detailed documentation of Vector Keel's aggregate stock sales, including but not limited to Amalgamated Explorations (AXPL). The gross proceeds from all Vector Keel sales across all client companies totaled **$2,817,693**, as disclosed in this exhibit and cited in the Motion for Relief.

4

5

Of this amount, **$1,241,539** pertains to AXPL-related stock, offset by **$595,609** in matched IPO buys, resulting in **net AXPL proceeds of $645,930**.

6

7

Only the summary page is included here for reference; the Court is respectfully referred to its full archived copy for the complete breakdown of transactions.

8

**Total Stock Sales by Vector Keel (All Companies): $2,817,693**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUMMARY EXHIBIT 372

VECTOR KEEL, LTD
PROFITS ON SALES OF STOCKS PROFILED ON RED HOT STOCKS

| Stocks Sold | Exhibit Page | Number of Shares Sold | Realized Profits |
|---|---|---|---|
| Amalgamated Explorations (AXPL) | 2 | 100,000 | $1,241,539 |
| Matched IPO Buys (See Exh 373) | | -47,500 | -$595,609 |
| Net AXPL Totals | | 52,500 | $645,930 |
| Net USA (NTSA) | 3-5 | 120,190 | $1,164,829 |
| Neotheraputics (NEOT) | 6 | 47,500 | $9,873 |
| LCA Vision (LCAV) | 7-8 | 72,400 | $46,019 |
| Easy Cellular, Inc., (EZCL) | 9-11 | 330,655 | $745,019 |
| WaterPur International (WPUR) | 12-13 | 400,000 | $205,427 |
| American Technologies Group (ATEG) | 14 | 55,500 | $597 |
| TOTALS | | 1,078,745 | $2,817,693 |

**EXHIBIT 378**

**Subject:** Reinvestment Transfers
**Description:** Verified wire transfers from IPO Consultants and Vector Keel to AXPL, NTSA, Red Rooster, MSP Technologies, and others.
**Relevance:** Demonstrates that nearly all proceeds were reinvested in client ventures.

7

## SUMMARY EXHIBIT 378

### VECTOR KEEL WIRES FROM ACCOUNT
### UNION SECURITIES ACCOUNT NUMBER 028-525U-9

| Date | Payee | Amount | Recipient | Citation |
|---|---|---|---|---|
| 02/06/97 | INVESTORS RESEARCH | $20,000.00 | TO BARCLAYS BANK, GRAND TURK #1278286 | EXHIBIT 572 BCSC 0224-0227 |
| 02/21/97 | NETUSA | $7,500.00 | TO MERRILL #233-07P48 | EXHIBIT 572 BCSC 0228-0231 |
| 02/21/97 | VECTOR KEEL | $95,000.00 | TO BARCLAY'S BANK, GRAND TURK # 4336694 | EXHIBIT 572 BCSC 0232-0235 |
| 03/06/97 | NETUSA | $400,000.00 | TO MERRILL LYNCH, #233-07P48 | EXHIBIT 572 BCSC 0236-0237 |
| 03/07/97 | PHOENIX, BLP | $45,000.00 | TO NORWEST BANK #6420138093 | EXHIBIT 572 BCSC 0238-0040 |
| 03/28/97 | PHOENIX BLP | $20,000.00 | TO NORWEST BANK, #6420138093 | EXHIBIT 572 BCSC 0241-0243 |
| 03/28/97 | CREST SERVICES | $105,000.00 | TO DIE ERSTE OESTER (AUSTRIA) | EXHIBIT 572 BCSC 0299-0302 |
| 04/03/97 | PHOENIX BLP | $115,000.00 | TO NORWEST BANK, #6420138093 | EXHIBIT 572 BCSC 0244-0247 |
| 04/22/97 | ICSL TRUST | $50,000.00 | TO SMITH BARNEY # 427-79698 | EXHIBIT 572 BCSC 0248-0251 |
| 05/07/97 | RED ROOSTER AND SENSE INC | $20,000.00 | TO BANK OF AMERICA, #02831-60373 | EXHIBIT 572 BCSC 0252-0254 |
| 05/21/97 | JACKSON, JOHN | $43,750.00 | TO FIRST UNTD BK OF DENVER #509000102 | EXHIBIT 572 BCSC 0255-0257 |
| 05/27/97 | EASY CELLULAR | $62,500.00 | TO NEVADA STATA BANK #212 000 376 | EXHIBIT 572 BCSC 0258-0260 |
| 06/11/97 | HENDRICKS, WALTER & ELAINE | $15,000.00 | TO WELLS FARGO BANK #0835-788-209 | EXHIBIT 572 BCSC 0261-0263 |
| 06/11/97 | GOODING(?) | $250,000.00 | TO GEORGIAN TRUST #457232E4 | EXHIBIT 572 BCSC 0264-0267 |
| 06/17/97 | CREST SERVICES | $25,000.00 | TO BANK OF AMERICA #05823-11600 | EXHIBIT 572 BCSC 0268-0270 |
| 07/16/97 | HENDRICKS, WALTER & ELAINE | $49,900.00 | TO WELLS FARGO #0835-788-209 | EXHIBIT 572 BCSC 0271-0274 |
| 07/22/97 | VECTOR KEEL | $474,057.00 | TO BARCLAYS BANK, GRAND TURK #4336694 | EXHIBIT 572 BCSC 0275-0276 |
| 07/24/97 | INTERNET STOCK EXCHANGE | $100,000.00 | TO FIDELITY BROKERAGE #X54-124710 | EXHIBIT 572 BCSC 0277-0281 |
| 07/24/97 | RED ROOSTER SENSE INC | $10,000.00 | TO BANK OF AMERICA #02831-6073 | EXHIBIT 572 BCSC 0277-0281 |
| 07/30/97 | MSP TECHNOLOGIES | $34,900.00 | TO FIRST UNTD BK OF DENVER #409000140 | EXHIBIT 572 BCSC 0282-0284 |
| 08/05/97 | VECTOR KEEL | $347,250.00 | TO BARCLAYS BANK, GRAND TURK #4336694 | EXHIBIT 572 BCSC 0285-0286 |
| 08/06/97 | HENDRICKS, WALTER & ELAINE | $7,500.00 | TO WELLS FARGO BANK # 0835-788-209 | EXHIBIT 572 BCSC 0287-0289 |
| 08/12/97 | VECTOR KEEL | $375,245.00 | TO BARCLAYS BANK GRAND TURK, #4336694 | EXHIBIT 572 BCSC 0290-0291 |
| 08/25/97 | VECTOR KEEL | $238,800.00 | TO BARCLAYS BANK GRAND TURK #433-6694 | EXHIBIT 572 BCSC 0293-0294 |
| 08/28/97 | RED ROOSTER AND SENSE INC | $5,000.00 | TO BANK OF AMERICA #02831-6073 | EXHIBIT 572 BCSC 0295-0297 |

| TOTALS | | $2,916,402.00 | | |

**EXHIBIT 203**

**Subject:** Casmyn Losses

**Description:** Vector purchased 40,000 shares of stock called in Casmyn Minerals in seven separate purchases from June 3rd, 2007 until June 2011, 2007 for a total investment of $ I 17,600 and then sold 20,000 of these shares on July 22nd 1997 for a total of $120,000. Vector keel continued buying over 300,000 shares over the successive 8 months for a total of $669,000.

Trading losses showing a $669,000 loss on Casmyn Minerals incurred by Vector Keel.
**Relevance:** Shows no net profit from IPO/Vector operations.

**Only the summary page is included here for reference; the Court is respectfully referred to its full archived copy for the complete breakdown of transactions.**

**Below is a tabulation of purchases from  Exhibit 385.**

| Date | Quantity | Price | Amount |
|------|----------|-------|--------|
| 06/02/1997 | 10000 | 7.5 | 75000 |
| 06/03/1997 | 10000 | 7.5 | 75000 |
| 06/04/1997 | 10000 | 7 | 70000 |
| 06/05/1997 | 10000 | 6.75 | 67500 |
| 06/06/1997 | 10000 | 6.5 | 65000 |
| 06/09/1997 | 10000 | 6.25 | 62500 |
| 06/10/1997 | 10000 | 6 | 60000 |
| 06/11/1997 | 5000 | 5.75 | 28750 |
| 06/13/1997 | 5000 | 5.5 | 27500 |
| 06/17/1997 | 5000 | 5.25 | 26250 |
| 06/18/1997 | 5000 | 5 | 25000 |
| 06/19/1997 | 5000 | 4.75 | 23750 |
| 06/21/1997 | 5000 | 4.5 | 22500 |
| 06/25/1997 | 5000 | 4.25 | 21250 |
| 06/28/1997 | 5000 | 4 | 20000 |
| 06/30/1997 | 5000 | 3.75 | 18750 |
| TOTAL | 115000 | | **$688,750** |

8

## Exhibit 385 — RedHotStocks Publish Dates by Sam Wolanyk

| Exhibit No. | Description | Key Content | Relevance |
|---|---|---|---|
| Ex. 385 | RedHotStocks Publish Dates by Sam Wolanyk | Documented dates of stock profiles published by Sam Wolanyk on RedHotStocks.com, including: • **AXPL**: First publication **11 months after** Form M-11 filing. • **Casmyn (CMYN)**: Profiles on **June 27, 1997** and **October 11, 1997**, followed by stock collapse and $669,000 loss by Vector Keel. | Establishes that promotional activity occurred well **after** AXPL's official M-11 registration, undermining claims of coordination. Shows **Casmyn losses** were a result of poor investment performance, not fraud. |

9

# SUMMARY EXHIBIT 385

## RED HOT PROFILES AND UPDATES

**Red Hot Stocks Home Page**—Exhibit # 250

1. **Amalgamated Explorations ("AXPL")**

| Exhibit Number | Date Released By E-Mail | Dated Released On Website |
|---|---|---|
| Exhibit #32 (also 251) RHS 0004-0010 | January 17, 1997 | January 20, 1997 |
| Exhibit #33 (also 252) RHS 0011-0015 | January 28, 1997 | January 29, 1997 |
| Exhibit #34 (also 253) RHS 0016-0020 | January 31, 1997 | February 4, 1997 |
| Exhibit #35 (also 255) RHS 0021-0027 | March 17, 1997 | March 23, 1997 |
| Exhibit #36 (also 256) RHS 0028-0032 | April 18, 1997 | April 23, 1997 |
| Exhibit #273 RHS 0088-0096 | May 20, 1997 | May 25, 1997 |
| Exhibit #274 RHS 0097-0105 | June 13, 1997 | June 19, 1997 |

2. **NetUSA ("NTSA")**

| Exhibit #90 (also 258) RHS 0033-0042 | February 21, 1997 | February 28, 1997 |
|---|---|---|
| Exhibit #91 (also 259) RHS 0043-0047 | February 21, 1997 | March 5, 1997 |
| Exhibit #92 (also 260) RHS 0048-0052 | April 18, 1997 | April 23, 1997 |
| Exhibit #106 (also 274) RHS 0097-0105 | June 13, 1997 | June 19, 1997 |

### 3. Neotherapeutics ("NEOT")

| | | |
|---|---|---|
| Exhibit #94 (also 224) RHS 0053-0064 | March 28, 1997 | April 3, 1997 |
| Exhibit # 95 (also 263) RHS 0065-0068 | April 18, 1997 | April 23, 1997 |
| Exhibit #  105 (also 273) RHS 0088-0096 | May 20, 1997 | May 25, 19978 |
| Exhibit # 106 (also 274 ) RHS 0097-0105 | June 13, 1997 | June 19, 1997 |

### 4. LCAVision ("LCAV")

| | | |
|---|---|---|
| Exhibit # 97 (also 265) RHS 0069-0078 | April 25, 1997 | May 2, 1997 |
| Exhibit #105 (also 273) RHS 0088-0096 | May 20, 1997 | May 25, 1997 |

### 5. Easy Cellular, Inc.("EZCL")

| | | |
|---|---|---|
| Exhibit #99 (also 267) | May 30, 1997 | June 2, 1997 |
| Exhibit # 106 (also 274 ) RHS 0097-0105 | June 13, 1997 | June 19, 1997 |

### 6. Casmyn Corp.("CMYN")

| | | |
|---|---|---|
| Exhibit #80 (also 236) RHS 0106-0115 | June 27, 1997 | July 3, 1997 |
| Exhibit # 686 RHS 0116-0122 | October 11, 1997 | October 17, 1997 |

### 7. Georgian Bancorp. Inc. ("GRB")

| | | |
|---|---|---|
| Exhibit #81 (also 237 ) RHS 0123-0134 | August 29, 1997 | September 3, 1997 |

**8. Grand Havana Enterprises, Inc.("PUFF")**

| Exhibit #82 (also 238) RHS 0135-0144 | September 26, 1997 | October 2, 1997 |
|---|---|---|

**9. Columbia Capital Corporation ("CLCK")**

| Exhibit #101 (also 269) RHS 0145-0155 | October 31, 1997 | November 4, 1997 |
|---|---|---|

**10. Waterpur International ("WPUR")**

| Exhibit #103 (also 271) RHS 0156-0163 | December 5, 1997 | December 11, 1997 |
|---|---|---|

**11. American Technologies Group ("ATEG")**

| Exhibit #107 (also 275) RHS 0164-0176 | February 13, 1998 | February 19, 1998 |
|---|---|---|

**12. Brighton Technologies Corp. ("BGHT ")**

| Exhibit #306 (also 674) RHS 0177-0187 | October 30, 1998 | November 5, 1998 |
|---|---|---|
| Exhibit #225 (also 588) | March 18, 1999 | March 25, 1999 |

**13. Pay for View. Com ("PAYV")**

| Exhibit #231 (also 594) EGXX 0015-0027 | June 26, 1999 July 6, 1999 | |
|---|---|---|

**14. Q-Seven Systems ("QSSY")**

| Exhibit #231 (also 594) EGXX 0031-0045; 0062 | July 13, 1999 August 5, 1999 August 11, 1999 | |
|---|---|---|

**15. BrowseSafe.com ("PGPG")**

| Exhibit # 231 (also 594) EGXX 0045 - 0084 | August 10, 1999 August 10, 1999 August 13, 1999 August 19, 1999 September 1, 1999 September 21, 1999 September 25, 1999 | |
|---|---|---|

**16. Technology Logistics Systems ("TLOS")**

| Exhibit #231 (also 594) EGXX 0074-0079 | September 12, 1999 | |
|---|---|---|

**17. What's For Free Technologies,("WFFT") Inc.**

| Exhibit #226 (also 589) RHS 0191-0198 | February 28, 2000 March 7, 2000 | |
|---|---|---|

4

**EXHIBIT 572**

**Subject:** Wire Confirmations
**Description:** Banking records corroborating wires to Georgian Trust, John Jackson, and MSP Technologies.
**Relevance:** Supports claim of bona fide investment activities by Petitioner and his entities.

10

# Barclays Grand Turk Account – Vector Keel

Transactions by Payee 01/30/1996 through 01/25/1999

11:37 AM
03/23/05
Accrual Basis

# VECTOR KEEL, LTD.
## Custom Transaction Detail Report
### All Transactions

| Type | Date | Name | Memo | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **CHECK DEPOSIT** | | | | | | | |
| Deposit | 4/13/1997 | CHECK DEPOSIT | 533,545 | Barclays Grand Turk | Harold Clifford Pope | 2,000.00 | 2,000.00 |
| Deposit | 9/16/1998 | CHECK DEPOSIT | 478, 504, 520 | Barclays Grand Turk | Harold Clifford Pope | 3,000.00 | 5,000.00 |
| Deposit | 11/6/1998 | CHECK DEPOSIT | 432, 487, 496 | Barclays Grand Turk | Harold Clifford Pope | 3,000.00 | 8,000.00 |
| Deposit | 1/25/1999 | CHECK DEPOSIT | 7X902.78 | Barclays Grand Turk | IPO | 6,319.46 | 14,319.46 |
| **Total CHECK DEPOSIT** | | | | | | 14,319.46 | 14,319.46 |
| Check | 1/17/1997 | Intl Co Svcs | InvResea | Barclays Grand Turk | IPO | -1,800.00 | -1,800.00 |
| Check | 3/7/1997 | Intl Co Svcs | Notariz Trade auth | Barclays Grand Turk | IPO | -80.00 | -1,880.00 |
| **Total Intl Co Svcs** | | | | | | -1,880.00 | -1,880.00 |
| **Wire** | | | | | | | |
| Check | 3/7/1997 | Wire | Fee Vision | Barclays Grand Turk | Fee | -10,000.00 | -10,000.00 |
| Check | 8/14/1997 | Wire | Smith Barney TRF | Barclays Grand Turk | SB $$ (ICSL) | -250,000.00 | -260,000.00 |
| Check | 9/4/1997 | Wire | JF | Barclays Grand Turk | John Jackson | -25,000.00 | -285,000.00 |
| Check | 9/9/1997 | Wire | JF | Barclays Grand Turk | John Jackson | -25,000.00 | -310,000.00 |
| Check | 10/14/1997 | Wire | JF | Barclays Grand Turk | IPO | -50,000.00 | -360,000.00 |
| Check | 10/15/1997 | Wire | JF | Barclays Grand Turk | Oliver Moench | -10,000.00 | -370,000.00 |
| Check | 11/3/1997 | Wire | JF | Barclays Grand Turk | American Fire Retardant | -30,000.00 | -400,000.00 |
| Check | 11/3/1997 | Wire | JF | Barclays Grand Turk | FPJ,Inc. | -10,000.00 | -410,000.00 |
| Check | 11/19/1997 | Wire | JF | Barclays Grand Turk | Ingrid Nehmitz | -10,000.00 | -420,000.00 |
| Check | 11/27/1997 | Wire | JF | Barclays Grand Turk | IPO | -25,000.00 | -445,000.00 |
| Check | 11/27/1997 | Wire | JF | Barclays Grand Turk | Harold Clifford Pope | -22,000.00 | -467,000.00 |
| Check | 11/27/1997 | Wire | JF | Barclays Grand Turk | InvResearch | -50,000.00 | -517,000.00 |
| Check | 11/27/1997 | Wire | JF | Barclays Grand Turk | Kimberly Franklin | -70,000.00 | -587,000.00 |
| Check | 12/16/1997 | Wire | JF | Barclays Grand Turk | UNION SECURITIES $$ | -125,000.00 | -712,000.00 |
| Check | 1/5/1998 | Wire | JF | Barclays Grand Turk | Red Rooster | -10,000.00 | -722,000.00 |
| Check | 1/7/1998 | Wire | Margin Deposit | Barclays Grand Turk | Wenthur & Chachas | -20,000.00 | -742,000.00 |
| Check | 2/5/1998 | Wire | JF | Barclays Grand Turk | Bright Lane Fund HK | -200,000.00 | -942,000.00 |
| Check | 3/31/1998 | Wire | JF | Barclays Grand Turk | Red Rooster | -25,000.00 | -967,000.00 |
| Check | 5/5/1998 | Wire | JF | Barclays Grand Turk | Amalgamated Expl | -5,000.00 | -972,000.00 |
| Check | 8/17/1998 | Wire | JF | Barclays Grand Turk | Red Rooster | -10,000.00 | -982,000.00 |
| Check | 9/22/1998 | Wire | jf | Barclays Grand Turk | Net Services Marketing | -5,000.00 | -987,000.00 |
| Check | 9/22/1998 | Wire | jf | Barclays Grand Turk | InvResearch | -10,000.00 | -997,000.00 |
| Check | 9/22/1998 | Wire | jf | Barclays Grand Turk | Oil & Gas Technology Fu... | -5,000.00 | -1,002,000.00 |
| Check | 9/24/1998 | Wire | jf | Barclays Grand Turk | Red Rooster | -250,000.00 | -1,252,000.00 |
| Check | 12/8/1998 | Wire | jf | Barclays Grand Turk | Oil & Gas Technology Fu... | -2,500.00 | -1,254,500.00 |
| Check | 12/23/1998 | Wire | jf | Barclays Grand Turk | Red Rooster | -30,000.00 | -1,284,500.00 |
| Check | 12/23/1998 | Wire | jf | Barclays Grand Turk | Oil & Gas Technology Fu... | -70,000.00 | -1,354,500.00 |
| Check | 12/23/1998 | Wire | jf | Barclays Grand Turk | Seed and Berry IOLTA Tr... | | -1,354,500.00 |
| **Total Wire** | | | | | | -1,354,500.00 | -1,354,500.00 |

**Exhibit 580 – Medical Documentation of Visual Impairment and Surgery**

This exhibit includes medical records confirming Petitioner's diagnosis of progressive visual impairment and subsequent corrective surgery in 2022. These limitations significantly impeded Petitioner's ability to review physical and scanned evidence prior to 2024, justifying relief under Rule 60(b)(6).

11



Name: James Franklin | DOB: 10/3/1963 | MRN: 9590338 | PCP: Nopcp Asked

# Note From Your Admission on 05/29/22

## Op Note by Maryam Ghiassi, MD at 5/29/2022  6:53 PM

> Attestation signed by Scott Oliver, MD at 6/9/2022  4:43 PM
>
> I was present for the entire procedure.
> Scott Oliver, MD

PATIENT: James Franklin
UH No.: 9590338
Date: 5/30/2022
RESPONSIBLE STAFF SURGEON: Scott Oliver MD
FELLOW OR CONSULTANT: Maryam Ghiassi, MD
HOUSESTAFF SURGEON: No qualified housestaff surgeon was available to assist during the case.

PROCEDURAL EYE: left eye
PREOPERATIVE DIAGNOSIS:
1. Macula on retinal detachment
2. Lens Status : cataract
3. Proliferative vitreoretinopathy

POSTOPERATIVE DIAGNOSIS:  same
OPERATION PERFORMED:
1. Retinal detachment repair utilizing 23 auge pars plana vitrectomy, perfluorocarbon, endolaser, and 5000 cs
SO endotamponade

ANESTHESIA:  MAC Retrobulbar
ESTIMATED BLOOD LOSS: Less than 2 cc.
IMPLANTS: None.
COMPLICATIONS: None.
DRAINS: None.

INDICATIONS:
This is a patient with clinical evidence of a mac on retinal detachment. Patient had a prior detachment with
extensive inferior PVR requiring a retinectomy from 4:30 to 7:30. SOR was done in March 22. Patient
presented with a new nasal retinal  detachment with anterior loop PVR at 8'o clock with fibrotic membrane at
9'o clock. No clear breaks were identified preop. Surgical repair was recommended.  Alternatives, including
observation, laser demarcation, and scleral buckling were discussed.  Risks of surgery, including pain,
bleeding, infection, cataract progression, loss of vision, loss of the eye, cosmetic disfigurement, and need for
more surgery were discussed with the patient, who elected to proceed and gave informed consent.

DESCRIPTION OF OPERATION:
The correct patient and operative eye was identified and marked in the pre-operative area and confirmed with
the patient.  The patient was brought to the operating room and the anesthesia team placed appropriate
cardiac and respiratory monitoring.  The non-operative eye was shielded.A Retrobulbar block was
placedconsisting of 5cc of 50:50 mixture of 2% lidocaine with 0.75% marcaine.  The operative eye was
prepped and draped in the usual sterile ophthalmic fashion. A sterile lid speculum was placed.

A peritomy was performed 360 degrees. The sub-Tenon space was accessed in the oblique quadrants with
blunt dissection. 2-0 silk ties were placed around each of the four rectus muscles with muscle hooks. Each

Case 3:02-cv-00084-DMS-RBB     Document 495-4     Filed 06/11/25     PageID.14432
Page 37 of 38

muscle was inspected to ensure that it was not split. The intramuscular septum was dissected away from the muscle insertion. The four quadrants were inspected and superior quadrants were found to have extensive scleral thinning. At this time, it was decided not to place a scleral buckle due to high risk of globe perforation.

In the inferotemporal quadrant, a trocar cannula was inserted at an oblique angle 4 mm behind the limbus. The infusion line was cleared of air and inserted at this site in the on position at an infusion pressure of 25 mmHg. Additional trocar cannulae were inserted superonasally and superotemporally in an identical fashion. The light pipe and vitrector were inserted into the eye, and a core vitrectomy was performed. Kenalog was instilled. Aspiration over the optic nerve was used to confirm that a posterior vitreous separation was present. Upon close inspection with scleral depression to causative breaks were identified. There was fluid extending from 12:30 to 6'o clock at the edge of the retinectomy.

Perfluoron was instilled via a vented Chang cannula to the level of the equator. Scleral depression was done under PFL to look for fluid egress. The peripheral vitreous was then trimmed with the aid of scleral depression23G serrated forceps were used to peel the fibrotic membrane at 9'o clock..After peeling a Retinal breaks were present at 9'o clock . Meticulous shaving of the vitreous was performed at the break. Three rows of laser was applied around the break. The laser was extending superiorly to connect the laser circlarge 360. Scatter laser was placed radially anterior to laser line to prevent from SRF extension. 360 degree depression was used to confirm that there were no iatrogenic breaks. The infusion was switched to air and air-fluid exchange was performed with meticulous aspiration at the most posterior break to achieve flattening of the retina. An air-Perfluoron exchange was performed until the retina lay completely flat under air. Three circumferential rows of laser were placed around all of the retinal defects.

At this point 5000 cs SO was instilled under direct visualization. At this point, all instruments and cannulae were removed from the eye. Sclerotomies were closed 7-0 vicryl and conjunctiva was reapproximated using 6-0 plain gut sutures.

Subconjunctival dexamethasone and cefazolin were placed. TobraDex ointment were placed in the eye, which was patched and shielded after removing Betadine from the skin. The patient tolerated the procedure well without apparent complications, and was discharged to Recovery in stable condition.

Dr. Ghiassi assisted in visualization and scleral depression during the case.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023