IN THE UNITED STATES DISTRICT COURT

For the Southern District of California

SECURITIES AND EXCHANGE )
COMMISSION )
Plaintiff, )
)
v. ) Case No. 02cv84 DMS (RBB)
)
JAMES E. FRANKLIN, )
Defendant. )

**PROOF OF SERVICE**

I, James E. Franklin, declare:

I am over the age of 18 and am the Petitioner in this matter. On June 9, 2025, I served the following documents:

- Motion for Relief from Final Judgment Pursuant to Rule 60(b)(6)

- Memorandum of Points and Authorities

- Declaration of James E. Franklin

- Proposed Order

- Table of Exhibits

- Proof of Service

on the following recipient:

Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

1

Clerk of the Court U.S. District Court
Southern District of California
333 West Broadway,
Suite 420 San Diego, CA 92101

James P. Connor, Esq.
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071

Department of Justice – Civil
Division Federal Programs Branch
1100 L Street NW
Washington, DC 20005

☑ (BY ELECTRONIC SERVICE) I served the documents via mail to the address listed above.

☐ (BY MAIL) I deposited the documents in a sealed envelope with first-class postage, addressed to the recipient, and placed them in the U.S. Mail.

☐ (BY PERSONAL SERVICE) I personally delivered a true and correct copy to the above-listed address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 10th, 2025, at Ramona, California.

*James E Franklin*

James E. Franklin
Petitioner, Pro Se
1212 H Street, #125
Ramona, CA 92065
(720) 771-0140

2