IN THE UNITED STATES DISTRICT COURT
For the Southern District of California

SECURITIES AND EXCHANGE )
COMMISSION )
Plaintiff, )
)
v. ) Case No. 02cv84 DEM (RBB)
)
JAMES E. FRANKLIN, )
   Defendant. )

**NOTICE OF ERRATA RE: REPLY IN SUPPORT OF MOTION FOR RELIEF FROM FINAL JUDGMENT**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Defendant James E. Franklin respectfully submits the following corrections to the **Reply in Support of Motion for Relief from Final Judgment**, filed on June 11, 2025.

1. **Page 3, Line 13 of the MEMORANDUM OF POINTS AND AUTHORITIES:**

   The Investments totaling over **$2.13** million should **$3.2** related to the table of **Verified Reinvestments** in the REPLY AND MOTION.

2. **Page 3, Line 19 of the MEMORANDUM OF POINTS AND AUTHORITIES:**

   reinvestments exceeding over **$2.13** million should be **$3.2 million** related to the table of **Verified Reinvestments** in the REPLY AND MOTION.

3. **Page 2, Line 6 Item DECLARATION OF JAMES E. FRANKLIN** The amount of reinvestment **$2.59** million **should be $3.2** related to the table of **Verified Reinvestments** in the REPLY AND MOTION.

1

These corrections do not affect the substance of the relief sought or the factual basis for the motion, and are submitted in the interest of clarity and accuracy.

Dated: June 11, 2025

*James E Franklin*
**James E. Franklin**
Defendant, Pro Se
1212 H Street, #125
Ramona, CA 92065
720-771-0140
jayvonfrank@gmail.com

IN THE UNITED STATES DISTRICT COURT
For the Southern District of California

**FILED JUN 11 2025 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

**SECURITIES AND EXCHANGE COMMISSION**
Plaintiff,

v.

**JAMES E. FRANKLIN,**
Defendant.

Case No. 02cv84 DEM (RBB)

## CERTIFICATE OF MAILING

I, **James E. Franklin**, declare that on June 11, 2025, I caused true and correct copies of the following document:

**NOTICE OF ERRATA RE: REPLY IN SUPPORT OF MOTION FOR RELIEF FROM FINAL JUDGMENT**

**Clerk of the Court**
U.S. District Court – Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

**James P. Connor, Esq.**
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Email: connorja@sec.gov *(copy also sent by email as courtesy)*

**Department of Justice – Civil Division**
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of June 2025

*James E. Franklin*

**James E. Franklin**
Defendant, Pro Se
1212 H Street, #125
Ramona, CA 92065
720-771-0140
jayvonfrank@gmail.com