

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

JUN 2 3 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

RECEIVED

JUN 2 3 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

US POSTAGE **PITNEY BOWES
ZIP 94188   $ 000.69⁰
02 4W
0000343406 JUN 16 2025

92101>3806
92172*2334

NIXIE        911   DE 1          0006/19/25

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 92101380620    *0104-00440-16-44

**James E Franklin**
**PO Box 722334**
**San Diego, CA 92172-2334**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>                 Defendant. | Case No.: 02cv0084 DMS (RBB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant James Franklin's motion for relief from judgment and motion to vacate penny stock bar are currently set for hearing on June 18, 2025. The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 18, 2025 hearing is vacated.

**IT IS SO ORDERED**.

Dated: June 13, 2025

Hon. Dana M. Sabraw
United States District Judge

1

24cv1938 DMS (MSB)