UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

RECEIVED JUN 23 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

US POSTAGE PITNEY BOWES
ZIP 94188 $000.69
0000343406 JUN 16 2025

FILED JUN 23 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

NIXIE     911  FE 1      0006/21/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380620     *0104-00437-16-44

Thomas Anthony Zaccaro
SEC
5670 Wilshire Boulevard
Los Angeles, CA 90036-3648

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>            Defendant. | Case No.: 02cv0084 DMS (RBB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant James Franklin's motion for relief from judgment and motion to vacate penny stock bar are currently set for hearing on June 18, 2025. The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 18, 2025 hearing is vacated.

**IT IS SO ORDERED**.

Dated: June 13, 2025

_____
Hon. Dana M. Sabraw
United States District Judge