IN THE UNITED STATES DISTRICT COURT

For the Southern District of California

SECURITIES AND EXCHANGE )
COMMISSION )
Plaintiff, )
)
v. ) Case No. 02cv84 DMS (RBB)
)
JAMES E. FRANKLIN, )
   Defendant. )

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant **James E. Franklin** respectfully submits this **Notice of Supplemental Authority** in support of his pending **Motion to Set Aside the Judgment**.

**New Supreme Court Authority: SEC v. Jarkesy**

On **June 27, 2025**, the United States Supreme Court decided **SEC v. Jarkesy, No. 22-859**, holding that:

**The Seventh Amendment guarantees the right to a jury trial when the SEC seeks civil penalties. Administrative adjudications by the SEC that bypass jury trials for punitive matters are unconstitutional.**

This landmark ruling affirms that:

- SEC actions seeking fines or penalties must be tried before **a jury in Article III courts**, not by administrative law judges;

1

- The government cannot sidestep **constitutional protections** under the guise of regulatory enforcement.

**Relevance to Defendant Franklin's Case**

Defendant Franklin's case raises not only allegations of **fraudulent initiation of enforcement proceedings**, but also multiple **constitutional violations** that now fall directly within the scope of **Jarkesy**, including:

1. **Improper Venue and Lack of Jury Trial**

    The SEC denied Franklin his Seventh Amendment right to a jury trial, improperly adjudicating the case in an administrative forum and an earlier proceeding in a federal venue without a **full 12-person jury**. Franklin was tried before **only 9 jurors**, despite his timely objections.

2. **Fraudulent Genesis of Enforcement Action**

    As set forth in the record and in declarations by **Steven J. Meyer** and others, Franklin alleges that private attorneys and conflicted former SEC insiders **planted and manipulated the investigation** for retaliatory purposes—an abuse of process that further invalidates the underlying judgment.

3. **Denial of Oral Argument and Procedural Due Process**

    Franklin was denied the right to fully present his defenses orally, compounding the due process concerns and reinforcing the argument that this case was not adjudicated fairly.

2

**Request for Consideration**

Defendant Franklin respectfully requests that this Court:

- Consider **SEC v. Jarkesy, No. 22-859 (June 27, 2025)** as controlling authority,
- Recognize the structural and procedural flaws in Franklin's enforcement action, including the **jury trial deficiency**, and
- Grant the pending **Motion to Set Aside the Judgment** in light of this new Supreme Court ruling.

A copy of the decision has been provided previously as part of the record.

**DATED:** July 16, 2025

**Respectfully submitted,**

*James E Franklin*
**James E. Franklin, Pro Se**
1212 H Street, SPC 124
Ramona, CA 92065
(720) 771-0140
jayvonfrank@gmail.com

IN THE UNITED STATES DISTRICT COURT
For the Southern District of California

SECURITIES AND EXCHANGE COMMISSION )
Plaintiff, )
)
v. ) Case No. 02cv84 DEM (RBB)
)
JAMES E. FRANKLIN, )
Defendant. )

# CERTIFICATE OF MAILING

I, **James E. Franklin**, declare that on **July 16th, 2025**, I caused a true and correct copy of the following document:

**NOTICE OF SUPPLEMENTAL AUTHORITY to be placed in the United States mail, with first-class postage prepaid**, properly addressed as follows:

**Clerk of the Court**
U.S. District Court – Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

**James P. Connor, Esq.**
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Email: connorja@sec.gov *(copy also sent by email as courtesy)*

**Department of Justice – Civil Division**
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of July 2025

*James E. Franklin*

**James E. Franklin**
Defendant, Pro Se
1212 H Street, #125
Ramona, CA 92065
jayvonfrank@gmail.com