

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Kenneth J Guido, Jr
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

FILED
JUL 2 5 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

RECEIVED
JUL 2 5 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        DEPUTY

NIXIE   171  DC 1       0007/19/25
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 92101380620    *0104-00439-16-44

Kenneth J Guido, Jr
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>Defendant. | Case No.: 02cv0084 DMS (RBB)<br><br>**ORDER RE: ORAL ARGUMENT** |
|---|---|

Defendant James Franklin's motion for relief from judgment and motion to vacate penny stock bar are currently set for hearing on June 18, 2025. The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 18, 2025 hearing is vacated.

**IT IS SO ORDERED.**

Dated: June 13, 2025

_____
Hon. Dana M. Sabraw
United States District Judge