

Alan M Lieberman
US Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-0207

Case 3:02-cv-00084-DMS-RBB   Document 490   Filed 06/13/25   PageID.14440   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>　　　　　　　　　Defendant. | Case No.: 02cv0084 DMS (RBB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant James Franklin's motion for relief from judgment and motion to vacate penny stock bar are currently set for hearing on June 18, 2025.  The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the June 18, 2025 hearing is vacated.

**IT IS SO ORDERED.**

Dated: June 13, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge