# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN, individually and as trustee of Avalon Trust, et al.,<br><br>         Defendant. | Case No.: 02cv0084 DMS (RBB)<br><br>**ORDER DENYING DEFENDANT FRANKLIN'S MOTION FOR RELIEF FROM FINAL JUDGMENT AND MOTION TO VACATE PENNY STOCK BAR** |

   This case went to jury trial in this Court nearly 20 years ago. Defendant Franklin represented himself during the trial, and after twelve days of trial and approximately four days of deliberations, the jury returned a verdict in Plaintiff's favor. After post-trial briefing on penalties, the Court entered a final judgment against Defendant Franklin restraining and enjoining him from violating (1) Section 10(b) of the Securities and Exchange Act and Rule 10b-5 promulgated thereunder, (2) Section 17(a) of the Securities Act, (3) Sections 5(a) and 5(c) of the Securities Act, and (4) Section 17(b) of the Securities Act. (ECF No. 421.) The Court also imposed a civil penalty on Defendant Franklin in the amount of $770,000. (*Id.*) Defendant Franklin appealed that decision to the Ninth Circuit, which affirmed this Court's decision. (ECF No. 463.)

///

1

More than seventeen years after the Ninth Circuit's decision, Defendant Franklin filed the present motion for relief from the final judgment pursuant to Federal Rules of Civil Procedure 60(b)(2) and 60(b)(6). (ECF No. 475.) Two days later, Defendant Franklin filed a separate motion to vacate penny stock bar. (ECF No. 479.) After Defendant Franklin filed eight supplemental briefs in support of his motions, Plaintiff filed its response. Defendant Franklin then filed his reply followed by two more supplemental briefs.

Having thoroughly considered all of the parties' briefs and the record in this case, the Court denies Defendant's motions for all of the reasons set out in Plaintiff's response. Accordingly, Defendant's motion for relief from final judgment and motion to vacate penny stock bar are denied.

**IT IS SO ORDERED**.

Dated: July 30, 2025

Hon. Dana M. Sabraw
United States District Judge