# IN THE UNITED STATES DISTRICT COURT

## For the Southern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN,<br>   Defendant. | Case No. 02cv84 DMS (RBB)<br><br>NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Defendant JAMES E. FRANKLIN hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's Order entered on July 30, 2025 (ECF No. 505), denying Defendant's Motion for Relief from Final Judgment and Motion to Vacate the Penny Stock Bar.

Dated: July 31, 2025

Respectfully submitted,

*James E Franklin*
**James E. Franklin, Pro Se**
1212 H Street, SPC 124
Ramona, CA 92065
(720) 509-9495
jayvonfrank@gmail.com

# IN THE UNITED STATES DISTRICT COURT
For the Southern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff,<br><br>v.<br><br>JAMES E. FRANKLIN,<br>    Defendant. | Case No. 02cv84 DEM (RBB) |

## CERTIFICATE OF MAILING

I, **Andrew Felsburg**, declare that on **July 31st 2025**, I caused a true and correct copy of the following document:

**NOTICE OF APPEAL to the United States Court of Appeals for the Ninth Circuit from the district court's Order entered on July 30, 2025 (ECF No. 505), denying Defendant's Motion for Relief from Final Judgment and Motion to Vacate the Penny Stock Bar.**

**To be placed in the United States mail, with first-class postage prepaid**, properly addressed as follows:

**Clerk of the Court**
U.S. District Court – Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

**James P. Connor, Esq.**
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Email: connorja@sec.gov *(copy also sent by email as courtesy)*

**Department of Justice – Civil Division**
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of August 2025

*[signature]*

**Andrew Felsburg,**
1212 H Street, #125
Ramona, CA 92065
afelsburg1@gmail.com
858-518-6054